IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ANTHONY RAY PERKINS,

     Petitioner,

v.

STATE OF FLORIDA,

     Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-0526

Opinion filed June 8, 2016.

Petition for Writ of Habeas Corpus -- Original Jurisdiction.

James Max Kennedy, of Bires, Schaffer and DeBorde, Houston, Texas; Donald B. Mairs, Jacksonville, for Petitioner.

Pamela Jo Bondi, Attorney General, and Quentin Humphrey, Assistant Attorney General, Tallahassee, for Respondent.

PER CURIAM.

     The petition for writ of habeas corpus is denied.

LEWIS, BILBREY, and WINOKUR, JJ., CONCUR.